IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CIVIL NO. 1:04 CV 730
J. DLOTT

**UNITED STATES**                                                                 **PLAINTIFF**

**VS.**

**RICHARD W. STANDRING**                                            **ALLEGED ACCUSED**

## NOTICE OF FIDUCIARY DUTY

Notice is hereby given and demand is made to the UNITED STATES DISTRICT COURT, FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION and the Honorable Judge Delott to execute her fiduciary responsibility under the public trust to the Alleged Accused, in accordance with the oath of that office. Demand is hereby made that the court act sua sponte to protect all of the alleged accused's rights, and especially all substantive rights al all times.

Further, demand is made that said Judge require the Prosecution to stay within the bounds put upon him or her as an officer of the public trust bound by oath to the Constitution of the United States of America.

5 CFR 2635.101 (a) Public service is a public trust.

> "The standard of duty is no different whether the trust to be enforced is actual or constructive.***The implication of a trust is the implication of every duty proper to a trust.***Whoever is a fiduciary or in conscience chargeable as a fiduciary is expected to live up to them.

Buffum vs. Peter Barceloux Co. 289 U.S. 227, 237

**THIS NOTICE SHALL NOT BE CONSTRUED AS A MOTION.**

Private Citizen _____
Richard W. Standring

## CERTIFICATE OF SERVICE

I, Richard Standring, hereby certify that I have this 7th day of March, 2005, forwarded a true and correct copy of the foregoing via regular U.S. mail to the following:

United States Attorney's Office
Gregory G. Lockhart
Gerald F. Kaminski
221 East Fourth Street
Suite 400
Cincinnati, OH 45202

U.S. Department of Justice
Hon. Michael R. Pahl
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044

Richard Standring