IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 JUN 21 PM 4:30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : <br> : <br> : | Case No. 1:04-cv-730 |
| vs. | : <br> : | Judge Dlott |
| RICHARD W. STANDRING,<br>    Defendant. | : <br> : | Mag. Judge Hogan |

## AFFIDAVIT OF RICHARD W. STANDRING

State of Ohio   :
                     : ss.
County of Franklin :

The undersigned, Richard W. Standring, being first duly cautioned and sworn, does depose and say as follows:

1. That he is of legal age, under no disability, and otherwise competent to make this affidavit;

2. That he makes this affidavit to the same effect to which he would testify in open court, and that he verily believes the contents hereof to be true;

3. That he makes this affidavit in performance and satisfaction of parts B. and C. of the Court's order of May 30, 2006, in the above-entitled matter;

4. That he has communicated by mail and also by e-mail, insofar as he possessed postal and electronic addresses, with all persons who have purchased the

FOIA Generator and IMF decoding service, informed them of the Court's findings concerning the falsity of his representations, and included a copy of the permanent injunction; and,

5. That he knows of no persons who currently advertise for sale or sell the FOIA Generator or IMF decoding service.

Further affiant sayeth naught.

_____
RICHARD W. STANDRING

Sworn to and subscribed before me, a notary public in and for the said county and state, on this 20th day of June 2006, by the person known to me as Richard W. Standring and who acknowledged the same as his voluntary act and deed.

_____
RICHARD J. DONOVAN
Notary Public – State of Ohio
My commission does not expire – R.C. § 147.03

Standring affidavit 20060620

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>RICHARD W. STANDRING,<br>    Defendant. | Case No. 1:04-cv-730<br><br>Judge Dlott<br>Mag. Judge Hogan |

## CERTIFICATE OF SERVICE

The undersigned, on this 20th day of June 2006, caused a true copy of the within and foregoing Affidavit of Richard W. Standring to be deposited with the United States Postal Service, bearing sufficient first-class postage and being addressed to counsel of record:

    Michael R. Pahl
    Trial Att'y, Tax Division
    U.S. Dep't of Justice
    P. O. Box 7238
    Ben Franklin Station
    Washington, DC  20044

                                    RICHARD J. DONOVAN    (0060900)
                                    R. J. Donovan Co., LPA
                                    200 East Campus View Blvd., Suite 200
                                    Columbus, OH  43235-4678
                                    vox 614.985.3651 & fax 614.985.3744
                                    rjdonovan@rjdonovan.com
                                    Tr. Att'y for Def't, Richard W. Standring